UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindie L. Banks and Erica LeBlanc, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Northern Trust Corporation and Northern Trust Company,<br><br>Defendants.<br><br>This document relates to all actions. | Case No. 2:16-cv-09141 JFW JCx<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**<br><br>District Judge: Hon. John F. Walter<br><br>Magistrate Judge: Hon. Jacqueline Chooljian<br><br>Action Filed: December 9, 2016 |

## **ORDER**

Having considered the Joint Stipulation of the Parties, it is hereby ordered that the Parties are bound by the Standing Protective Order attached hereto as Exhibit 1, with modification to reserve objections under banking customer privacy laws. **In connection therewith, counsel are reminded to review and comply with Paragraph 9 of the District Judge's Standing Order pertaining to Protective Orders and Filings Under Seal (Docket No. 10).**

**IT IS SO ORDERED.**

DATED: May 22, 2017 _____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge