**THE BRANDI LAW FIRM**
Thomas J. Brandi (CA Bar No. 53208)
tjb@brandilaw.com
Brian J. Malloy (CA Bar No. 234882)
bjm@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801

**DEREK G. HOWARD LAW FIRM, INC.**
Derek G. Howard (CA Bar No. 118082)
derek@derekhowardlaw.com
Ashley Romero (CA Bar No. 286251)
ashley@derekhowardlaw.com
42 Miller Avenue
Mill Valley, CA  94941
Telephone:  (415) 432-7192
Facsimile:  (415) 524-2419

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDIE L. BANKS and ERICA LEBLANC individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHERN TRUST CORPORATION and NORTHERN TRUST COMPANY,<br><br>Defendants. | **Case No.: 2:16-cv-09141 JFW (JCx)**<br><br>**PLAINTIFFS' NOTICE OF LODGING**<br><br>Date: July 17, 2017<br>Time: 1:30 p.m.<br><br>Assigned for all purposes to:<br>The Hon. John F. Walter<br><br>Pretrial Conference: January 12, 2018<br>Trial Date:  January 30, 2018 |

Pursuant to Local Rule 5-4.4 and the Court's Standing Order, Plaintiffs Lindie L. Banks and Erica LeBlanc ("Plaintiffs") hereby provide notice of the lodging of Plaintiffs' Proposed Statement of Decision Denying Defendants' Rule 12(b)(6) Motion to Dismiss, which is attached hereto.

Dated: July 5, 2017

| | |
|---|---|
| */s/ Thomas J. Brandi* | */s/Derek G. Howard* |
| Thomas J. Brandi | Derek G. Howard |
| tjb@brandilaw. com | derek@derekhowardlaw.com |
| Brian J. Malloy | **DEREK G. HOWARD LAW FIRM** |
| bjm@brandilaw.com | 42 Miller Avenue |
| **THE BRANDI LAW FIRM** | Mill Valley, CA  94941 |
| 354 Pine Street, 3rd floor | Telephone:  (415) 432-7192 |
| San Francisco, CA 94104 | Facsimile:  (415) 524-2419 |
| Telephone:  (415) 989-1800 | |
| Facsimile:  (415) 989-1801 | |

*Attorneys for Plaintiffs*