JENNER & BLOCK LLP
DAVID R. SINGER (SBN 204699)
DSinger@jenner.com
633 W. 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

JENNER & BLOCK LLP
CRAIG C. MARTIN (*pro hac vice*)
CMartin@jenner.com
DANIEL J. WEISS (*pro hac vice*)
DWeiss@jenner.com
AMANDA S. AMERT (*pro hac vice*)
AAmert@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  +1 312 222 9350
Facsimile:  +1 312 527 0484
Attorneys for Defendants Northern Trust Corporation
and The Northern Trust Company

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindie L. Banks and Erica LeBlanc, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Northern Trust Corporation and Northern Trust Company,<br><br>Defendants. | Case No. 16-cv-09141<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Hearing Date: February 24, 2020<br>Time: 1:30 p.m.<br>Courtroom: 7A |

Plaintiffs Lindie Banks and Erica LeBlanc brought the present action against Defendants Northern Trust Corporation and The Northern Trust Company ("Northern") asserting claims for breach of fiduciary duty, unjust enrichment, accounting, violations of the Unfair Competition Law, Business and Professions Code § 17200, and violations of the Elder Abuse and Dependent Adult Civil Protection Act, Welfare and Institutions Code § 15600 *et seq*.

Northern filed its motion for summary judgment as to each of Plaintiffs' causes of action, Plaintiffs filed their opposition, Northern filed its reply, and the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's February 24, 2020 hearing calendar and the parties were given advance notice. After considering the moving, opposing, and reply papers, the arguments therein, all supporting evidence, and all other matters presented to the Court, the Court finds that there are no genuine issues of material fact as to any of the claims for relief set forth in Plaintiffs' First Amended Class Action Complaint. Therefore, Northern is entitled to summary judgment in its favor and against Plaintiffs as to all claims for relief in Plaintiffs' First Amended Class Action Complaint, in its entirety, as a matter of law.

IT IS HEREBY ORDERED THAT:

1. Northern's motion for summary judgment is GRANTED, and Plaintiffs' First Amended Class Action Complaint is dismissed with prejudice;

2. Final judgment shall be entered in favor of Northern; and

3. Pursuant to Federal Rule of Civil Procedure 54(d) and Local Rules 54-2 and 54-3, Northern is entitled to recover its costs incurred in this action.

IT IS SO ORDERED.

DATED: March 17, 2020

_____
The Honorable John F. Walter
United States District Judge