JENNER & BLOCK LLP
DAVID R. SINGER (SBN 204699)
DSinger@jenner.com
633 W. 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone: +1 213 239 5100

JENNER & BLOCK LLP
DANIEL J. WEISS
DWeiss@jenner.com
MATTHEW R. DEVINE
MDevine@jenner.com
ASHLEY M. SCHUMACHER
AShumacher@jenner.com
353 N. Clark St.
Chicago, IL 60654
Telephone: +1 312 222 9350

WILLKIE FARR & GALLAGHER LLP
CRAIG C. MARTIN
cmartin@willkie.com
AMANDA S. AMERT
aamert@willkie.com
BRIENNE M. LETOURNEAU
bletourneau@willkie.com
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: +1 312 728 9000
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lindie L. Banks and Erica LeBlanc,**<br><br>                                **Plaintiffs,**<br><br>            **vs.**<br><br>**Northern Trust Corp. and Northern Trust Co.,**<br><br>                                **Defendants.** | Case No. 16-cv-9141<br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br>Judge:    Hon. John F. Walter<br>Hearing Date:    June 1, 2020<br>Time:            1:30 p.m. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on June 1, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable John F. Walter, United States District Judge, Central District of California, located in Courtroom 7A at 351 West 1st Street, Los Angeles, CA 90012, Defendants Northern Trust Corporation and The Northern Trust Company will move, and hereby do move, the Court for leave to withdraw the appearances of Daniel J. Weiss, Matthew R. Devine, and Ashley M. Schumacher pursuant to Local Rule 83-2.3.2.

This Motion is based on the this Notice of Motion and the attached Unopposed Motion for Leave to Withdraw as Counsel.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 15, 2020. Counsel for Plaintiffs represented that they do not oppose the relief request in the attached Motion.

Dated: April 22, 2020                  Respectfully submitted,

/s/ *Craig C. Martin*
WILLKIE FARR & GALLAGHER LLP
CRAIG C. MARTIN
CMartin@willkie.com
AMANDA S. AMERT
AAmert@willkie.com
BRIENNE M. LETOURNEAU
BLetourneau@willkie.com
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: +1 312 728 9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JENNER & BLOCK LLP
DANIEL J. WEISS
DWeiss@jenner.com
MATTHEW R. DEVINE
MDevine@jenner.com
ASHLEY M. SCHUMACHER
AShumacher@jenner.com
353 N. Clark St.
Chicago, IL 60654
Telephone: +1 312 222 9350

*Attorneys for Defendants Northern Trust*
*Corporation and The Northern Trust*
*Company*

NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
CASE NO. 16-CV-9141

Defendants Northern Trust Corporation and The Northern Trust Company (collectively "Northern"), by and through their undersigned counsel, respectfully move this Court for leave to withdraw the appearances of Daniel J. Weiss, Matthew R. Devine, and Ashley M. Schumacher pursuant to Local Rule 83-2.3.2.  In support of this motion, Northern states as follows:

1.     Daniel J. Weiss, Matthew R. Devine, and Ashley M. Schumacher of Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, have appeared on behalf of Northern. (ECF Nos. 19, 55, and 57.)

2.     Craig C. Martin, Amanda S. Amert, and Brienne M. Letourneau, formerly attorneys with Jenner & Block LLP, are now attorneys with Willkie Farr & Gallagher LLP, and have appeared on behalf of Northern, (ECF Nos. 21, 30, and 90.)  Mr. Martin, Ms. Amert, and Ms. Letourneau have filed Notices of Change of Attorney Business or Contact Information on April 7, 2020.  (ECF Nos. 131-133.)

3.     Northern requests leave of Court to withdraw the appearances of Mr. Weiss, Mr. Devine, and Ms. Schumacher.  Defendants will continue to be represented by Mr. Martin, Ms. Amert, and Ms. Letourneau.  Moreover, David R. Singer, of Jenner & Block LLP, 633 W. 5th Street, Suite 3600, Los Angeles, CA 90071-2054, will also continue to represent Northern.

4.     The Court entered judgment in favor of Northern on March 17, 2020 (ECF No. 127), and the case is currently on appeal before the Ninth Circuit Court of Appeals.  The only remaining issues before this court pertain to Northern's application for costs (ECF No. 130), Plaintiffs' objections thereto (ECF No. 135), and Northern's reply in support of its application for costs.  (ECF No. 136.)  Northern will continue to be represented by counsel.  Therefore, granting this motion will not prejudice any party or cause any delay.

5.     This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 15, 2020.  Counsel for Plaintiffs represented that they do not oppose the relief request in this Motion.

WHEREFORE, Northern respectfully requests that this Court grant the foregoing motion for leave to withdraw.

Dated: April 22, 2020                    Respectfully submitted,


                                         /s/ *Craig C. Martin*
                                         WILLKIE FARR & GALLAGHER LLP
                                         CRAIG C. MARTIN
                                         CMartin@willkie.com
                                         AMANDA S. AMERT
                                         AAmert@willkie.com
                                         BRIENNE M. LETOURNEAU
                                         BLetourneau@willkie.com
                                         300 N. LaSalle Drive
                                         Chicago, IL 60654
                                         Telephone: + 1 312 728 9000

                                         JENNER & BLOCK LLP
                                         DANIEL J. WEISS
                                         DWeiss@jenner.com
                                         MATTHEW R. DEVINE
                                         MDevine@jenner.com
                                         ASHLEY M. SCHUMACHER
                                         AShumacher@jenner.com
                                         353 N. Clark St.
                                         Chicago, IL 60654
                                         Telephone: +1 312 222 9350

                                         *Attorneys for Defendants Northern Trust*
                                         *Corporation and The Northern Trust*
                                         *Company*

NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
CASE NO. 16-CV-9141